IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CR 48

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| STEPHANIE HUGHES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** came on before the undersigned pursuant to an Unopposed Motion to Modify Conditions of Pretrial Release (#18) filed by counsel for Defendant. After hearing from counsel for Defendant and the Assistant United States Attorney, it appears that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Unopposed Motion to Modify Conditions of Pretrial Release (#18) is **ALLOWED** and the conditions of release of Defendant are hereby modified as set forth in an Addendum that has been filed in this matter.

Signed: July 7, 2015

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge